

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In Re: Keith Russell Judd

No. 06-13-00007-CV

Original Mandamus Proceeding

Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we dismiss the petition for writ of mandamus.

RENDERED FEBRUARY 8, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk